Mark Rumold (SBN 279060)
mark@eff.org
Jennifer Lynch (SBN 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993

*Attorney for Plaintiff*
*Electronic Frontier Foundation*

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6748
    Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*
*United States Department of Commerce*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF COMMERCE,<br><br>        Defendant. | Case No. 3:12-cv-3683-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Place:   Courtroom 12, 19th Floor<br>Judge:  Hon. Thelton E. Henderson |

Plaintiff Electronic Frontier Foundation ("EFF") and Federal Defendant the United States Department of Commerce respectfully submit the stipulation on summary judgment briefing in this matter and request that the Court order the same.

Defendant will file its Motion for Summary Judgment on January 21, 2013.  Defendant will have 30 pages for its opening brief.

Plaintiff will file a combined Opposition to Defendant's Motion/Cross-Motion for Summary Judgment on February 20, 2013.  Plaintiff will have 30 pages for its combined Opposition/Cross-Motion.

Defendant will file a combined Opposition to Plaintiff's Cross-Motion/Reply brief in support of its motion on March 22, 2013.  Defendant will have 30 pages for its combined Opposition/Reply brief.

Plaintiff will file a Reply brief in support of its Motion for Summary Judgment on April 5, 2013.  Plaintiff will have 15 pages for its reply.

The hearing on the parties' Motions for Summary Judgment will be held on April 29, 2013.

Unless the Court feels otherwise, the parties agree to vacate the Case Management Conference currently set for Monday, October 22, 2012.

DATED: October 18, 2012                                  Respectfully submitted,

*/s/ Mark Rumold*_____
ELECTRONIC FRONTIER FOUNDATION
Mark Rumold, Esq.
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Attorney for Plaintiff*

MELINDA HAAG
United States Attorney

_____/s/_____
Victoria Carradero
Assistant U.S. Attorney

*Attorneys for Federal Defendant*

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Victoria R. Carradero, attest that I have obtained the concurrence of Mark Rumold, Counsel for Plaintiff, in the filing of this document.

Executed on October 18, 2012, in San Francisco, California.

*/s/ Victoria R. Carradero*
Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant will file its Motion for Summary Judgment on January 21, 2013. Defendant will have 30 pages for its opening brief.

Plaintiff will file a combined Opposition to Defendant's Motion/Cross-Motion for Summary Judgment on February 20, 2013. Plaintiff will have 30 pages for its combined Opposition/Cross-Motion.

Defendant will file a combined Opposition to Plaintiff's Cross-Motion/Reply brief in support of its motion on March 22, 2013. Defendant will have 30 pages for its combined Opposition/Reply brief.

Plaintiff will file a Reply brief in support of its Motion for Summary Judgment on April 5, 2013. Plaintiff will have 15 pages for its reply.

The hearing on the parties' Motions for Summary Judgment will be held on April 29, 2013.

The Case Management Conference currently set for Monday, October 22, 2012 is VACATED.

DATE: October 18, 2012



Judge Thelton E. Henderson