Mark Rumold (SBN 279060)
mark@eff.org
Jennifer Lynch (SBN 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

*Attorney for Plaintiff*
*Electronic Frontier Foundation*

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6748
    Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*
*United States Department of Commerce*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>              Plaintiff,<br><br>         v.<br><br>DEPARTMENT OF COMMERCE,<br><br>              Defendant. | Case No. 3:12-cv-3683-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Place:   Courtroom 12, 19th Floor<br>Judge:  Hon. Thelton E. Henderson |

Plaintiff Electronic Frontier Foundation ("EFF") and Federal Defendant the United States Department of Commerce hereby stipulate as follows and request that the Court order the same.

The parties previously stipulated and the court ordered (*see* Dkt No. 17) the following briefing schedule:

Defendant's Motion for Summary Judgment due: January 21, 2013.

Plaintiff's combined Opposition to Defendant's Motion/Cross-Motion for Summary Judgment due: February 20, 2013.

Defendant's combined Opposition to Plaintiff's Cross-Motion/Reply brief due: March 22, 2013.

Plaintiff's Reply brief in support of its Motion for Summary Judgment due: April 5, 2013.

Hearing on Motions for Summary Judgment: April 29, 2013.

The parties have recently learned that the due date for defendant's motion – January 21 – is a federal holiday. The court and defendant's and its counsel's offices are closed. Accordingly, the parties hereby stipulate that defendant's motion for summary judgment will be due on January 22, 2013. The parties further stipulate that all other briefing dates remain the same.

**SO STIPULATED.**

DATED: December 7, 2012                           Respectfully submitted,

*/s/ Mark Rumold*
ELECTRONIC FRONTIER FOUNDATION
Mark Rumold, Esq.
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Attorney for Plaintiff*

MELINDA HAAG
United States Attorney

 /s/ *Victoria R. Carradero*
Assistant U.S. Attorney

*Attorneys for Federal Defendant*

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Victoria R. Carradero, attest that I have obtained the concurrence of Mark Rumold, Counsel for Plaintiff, in the filing of this document.

Executed on December 7, 2012, in San Francisco, California.

>  */s/ Victoria R. Carradero*
>  Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The due date for defendant's Motion for Summary Judgment will be continued to January 22, 2013. All other briefing dates remain the same.

DATE: December 10, 2012



The Honorable Thelton E. Henderson
United States District Judge