Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
FAX: (415) 436-6748
Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*
*United States Department of Commerce*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE,<br><br>Defendant. | Case No. 3:12-cv-3683-TEH<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER ON SUMMARY JUDGMENT**<br>**BRIEFING SCHEDULE**<br><br>Place:  Courtroom 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson<br><br>   IT IS SO ORDERED AS MODIFIED |

Plaintiff Electronic Frontier Foundation ("EFF") and Federal Defendant the United States Department of Commerce hereby stipulate as follows and request that the Court order the same.

The parties previously stipulated to following briefing schedule:

Defendant's Motion for Summary Judgment due: January 22, 2013.

Plaintiff's combined Opposition to Defendant's Motion/Cross-Motion for Summary Judgment due: February 20, 2013.

Defendant's combined Opposition to Plaintiff's Cross-Motion/Reply brief due: March 22, 2013.

Plaintiff's Reply brief in support of its Motion for Summary Judgment due: April 5, 2013.

Hearing on Motions for Summary Judgment: April 29, 2013.

The parties have agreed to a short mutual four-business day extension for Defendant's combined Opposition to Plaintiff's Cross-Motion/Reply brief due, currently due March 22, 2013 and Plaintiff's Reply brief in support of its Motion for Summary Judgment, currently due April 5, 2013. Accordingly, the parties stipulate and hereby agree that the due date for Defendant's combined Opposition to Plaintiff's Cross-Motion/Reply brief is continued from March 22, 2013 to March 28, 2013 and the due date for Plaintiff's Reply brief in support of its Motion for Summary Judgment is continued from April 5, 2013 to April 11, 2013. The parties agree that, if still convenient for the Court, the hearing date shall remain the same: April 29, 2013.

**SO STIPULATED.**

Respectfully submitted,

Dated: March 19, 2013                    */s/ Mark Rumold*
                                          ELECTRONIC FRONTIER FOUNDATION
                                          *Attorney for Plaintiff*

                                          MELINDA HAAG
                                          United States Attorney

Dated: March 19, 2013                     /s/ *Victoria R. Carradero*
                                          Assistant U.S. Attorney
                                          *Attorneys for Federal Defendant*

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Victoria R. Carradero, attest that I have obtained the concurrence of Mark Rumold, Counsel for Plaintiff, in the filing of this document.

Executed on March 19, 2013, in San Francisco, California.

*/s/ Victoria R. Carradero*
Victoria R. Carradero

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2      The due date for Defendant's combined Opposition to Plaintiff's Cross-Motion/Reply brief

3  is continued to March 28, 2013 and the due date for Plaintiff's Reply brief in support of its Motion

4  for Summary Judgment is continued to April 11, 2013.  The hearing date on the parties' cross-

5  motions for summary judgment shall ~~remain the same~~ be Monday, May 6, 2013, at 10:00 a.m.

7  DATE: March __19__, 2013

8      The Honorable Thelton E. Henderson

9      United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

3
STIPULATION AND [PROPOSED] ORDER
CASE NO. 12-3683 TEH