Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
FAX: (415) 436-6748
Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*
*United States Department of Commerce*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 3:12-cv-3683-TEH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER ON BRIEF CONTINUANCE OF SUMMARY JUDGMENT HEARING DATE** |
| DEPARTMENT OF COMMERCE, | |
| Defendant. | Place: Courtroom 12, 19th Floor |
| | Judge: Hon. Thelton E. Henderson |

Plaintiff Electronic Frontier Foundation ("EFF") and Federal Defendant the United States Department of Commerce hereby stipulate as follows and request that the Court order the same.

WHEREAS the hearing on the parties' cross-motions for summary judgment is scheduled for May 6, 2013 at 10:00 a.m.

WHEREAS Defendant's counsel has fallen ill and has requested and Plaintiff's counsel has agreed to a one week continuance of the hearing on summary judgment, until May 13, 2013.

WHEREAS the parties agree and request that the Court continue the hearing on summary judgment until May 13, 2013 at 10:00 a.m.

**SO STIPULATED.**

Respectfully submitted,

Dated: May 5, 2013      */s/ Mark Rumold*
ELECTRONIC FRONTIER FOUNDATION
*Attorney for Plaintiff*

MELINDA HAAG
United States Attorney

Dated: May 5, 2013      /s/ *Victoria R. Carradero*
Assistant U.S. Attorney
*Attorneys for Federal Defendant*

### DECLARATION PURSUANT TO GENERAL ORDER 45

I, Victoria R. Carradero, attest that I have obtained the concurrence of Mark Rumold, Counsel for Plaintiff, in the filing of this document.

Executed on May 5, 2013, in San Francisco, California.

*/s/ Victoria R. Carradero*
Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    The hearing date for the parties' cross-motions for summary judgment is continued until May 13, 2013.

DATE: May 6, 2013

_____
The Honorable Thelton E. Henderson
United States District Judge