MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      victoria.carradero@usdoj.gov

STUART F. DELERY
Acting Assistant Attorney General
IAN HEATH GERSHENGORN
Deputy Assistant Attorney General
JOHN TYLER
Assistant Branch Director
ANDREA NEWMARK (DC Bar No. 369455)
Senior Counsel

    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W., Rm 7118
    Washington, D.C. 20530
    Telephone:  (202) 514-4267
    Facsmile:   (202) 616-8470
    Email:      andrea.newmark@usdoj.gov

*Attorneys for Federal Defendant*
*United States Department of Commerce*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>              Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF COMMERCE,<br><br>              Defendant. | Case No. 3:12-cv-3683-THE<br><br>**NOTICE OF APPEARANCE** |

1

1  PLEASE TAKE NOTICE that Andrea Newmark, an attorney with the U.S. Department
2  of Justice, Civil Division, has entered her appearance in this action of behalf of defendant
3  Department of Commerce.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STUART R. DELERY<br>Acting Assistant Attorney General | MELINDA HAAG<br>United States Attorney |
| IAN HEATH GERSHENGORN<br>Deputy Assistant Attorney General | ALEX G. TSE<br>Chief, Civil Division |
| JOHN TYLER<br>Assistant Branch Director |  |
| s/ Andrea Newmark<br>ANDREA NEWMARK<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch | VICTORIA R. CARRADERO<br>Assistant U.S. Attorney |

NOTICE OF APPEARANCE
CASE NO.: 12-CV-3683-TEH                    2