Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 12-cv-3683 TEH |
| Plaintiff, | **NOTICE OF ADDITIONAL AUTHORITIES IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| DEPARTMENT OF COMMERCE, | |
| Defendant. | Date: May 13, 2013 |
| | Tine: 10:00 a.m. |
| | Courtroom 12 – 19th Floor |
| | Hon. Thelton E. Henderson |

The following documents are attached as exhibits to this Notice of Additional Authorities.

1.      Attached hereto as Exhibit 1 is a true and correct copy of a press release, issued by the Bureau of Industry and Security, Department of Commerce on April 25, 2013, titled "Bureau of Industry and Security Announces $2.8 Million Civil Settlement with Computerlinks FZCO for Charges Related to Unlawful Exporting of Technology to Syria." The press release is available at http://beta-www.bis.doc.gov/index.php/about-bis/newsroom/press-releases/102-about-bis/newsroom/press-releases/press-releases-2013/524-bureau-of-industry-and-security-announces-2-8-million-civil-settlement-with-computerlinks-fzco-for-charges-related-to-unlawful-exporting-of-technology-to-syria.

2.      Attached hereto as Exhibit 2 is a true and correct copy of a press release, issued by Blue Coat Systems on April 25, 2013, titled "Blue Coat Commends the Department of Commerce's Bureau of Industry and Security for Penalizing Third Party Involved in Illegal Transfer of Blue Coat Products." The press release is available at https://www.bluecoat.com/company/press-releases/blue-coat-commends-department-commerce-bureau-industry-and-security.

3.      Attached hereto as Exhibit 3 is a true and correct copy of a product description of Blue Coat Systems' ProxySG 900/9000. The description is available at https://www.bluecoat.com/sites/default/files/documents/files/bcs_ds_fullproxy_900-9000_v8d.pdf.

DATED:  May 10, 2013                         Respectfully submitted,

                                             By:  /s/ *Mark Rumold*
                                                  Mark Rumold
                                                  ELECTRONIC FRONTIER FOUNDATION
                                                  815 Eddy Street
                                                  San Francisco, CA  94109

                                                  Attorney for Plaintiff
                                                  ELECTRONIC FRONTIER FOUNDATION

1

# Exhibit 1

# Exhibit 1

# Bureau of Industry and Security Announces $2.8 Million Civil Settlement with Computerlinks FZCO for Charges Related to Unlawful Exporting of Technology to Syria



| FOR IMMEDIATE RELEASE | BUREAU OF INDUSTRY AND SECURITY |
|---|---|
| **Thursday, April 25 2013** | Office of Congressional and Public Affairs |
| **beta-www.bis.doc.gov** | 202-482-2721 |

## Bureau of Industry and Security Announces $2.8 Million Civil Settlement with Computerlinks FZCO for Charges Related to Unlawful Exporting of Technology to Syria

WASHINGTON –The U.S. Department of Commerce's Bureau of Industry and Security (BIS) today announced that Computerlinks FZCO, Dubai, United Arab Emirates, has agreed to pay a $2.8 million civil penalty following allegations that it committed three violations of the Export Administration Regulations (EAR) related to the transfer to Syria of devices designed to monitor and control Internet traffic. In addition to the civil penalty, which is the statutory maximum, the company has agreed to submit to independent, third-party audits

"Today's settlement reflects the serious consequences that result when companies evade U.S. export controls. It is the result of an aggressive investigation and prosecution by BIS of the unlawful diversion of U.S. technology to Syria," said Under Secretary for Industry and Security Eric L. Hirschhorn. "It is vital that we keep technology that can repress the Syrian people out of the hands of the Syrian government."

BIS alleged that on three occasions in 2010 and 2011, Computerlinks FZCO engaged in transactions or took actions with the intent to evade the EAR in connection with the unlawful export and reexport to Syria of equipment and software obtained from Blue Coat Systems, Inc., of Sunnyvale, California ("Blue Coat"), designed for use in monitoring and controlling Internet traffic. The equipment and software are controlled due to national security and anti-terrorism reason, and as encryption items, and valued at approximately $1.4 million.

Computerlinks FZCO was an authorized distributor in the Middle East for Blue Coat, distributing Blue Coat hardware and software products and providing support services to resellers and end users, including account, sales, and installation support and assistance. Under the distribution agreement with Blue Coat, Computerlinks FZCO was obligated to "comply with all export and import laws, rules, policies, procedures, restrictions, and regulations of the Department of Commerce[.]" The distribution agreement also contained additional safeguards specially applicable to Computerlinks FZCO, including that all orders to Blue Coat were to specify the end user of the ordered items.

Computerlinks FZCO provided Blue Coat, the U.S. manufacturer and exporter, with false information concerning the end user and ultimate destination of the items in connection with these transactions. Computerlinks FZCO knew that the items were destined for end users in Syria. However, when placing these orders with Blue Coat, Computerlinks FZCO falsely stated that the ultimate destination and end users for the items was the Iraq Ministry of Telecom (on two occasions) or the Afghan Internet service provider Liwalnet (on one occasion). The items subsequently were shipped to Computerlinks FZCO in the U.A.E. for ultimate delivery to Syria without the required licenses having been obtained.

BIS controls exports and reexports of dual-use commodities, technology, and software for reasons of national security, missile technology, nuclear non-proliferation, chemical and biological weapons non-proliferation, crime control, regional stability, foreign policy and anti-terrorism. Criminal penalties and administrative sanctions can be imposed for violations of the Export Administration Regulations. For more information, please visit **beta-www.bis.doc.gov**

# Exhibit 2

# Exhibit 2

# Company

Products          Solutions          Partners          **Company**          Support          Sales

Overview          News          Events          Customers          Analysts          Careers

BLUE COAT

# PRESS RELEASE

*Thursday, April 25, 2013*                                    *Blue Coat Newsroom*

### Blue Coat Commends the Department of Commerce's Bureau of Industry and Security for Penalizing Third Party Involved in the Illegal Transfer of Blue Coat Products

**SUNNYVALE, Calif., April 25, 2013** – Blue Coat Systems, Inc., a market leader in Web security and WAN optimization, today commended U.S. Department of Commerce's Bureau of Industry and Security (BIS) for its enforcement action against Computerlinks FZCO in connection with the unlawful diversion of Blue Coat® ProxySG® appliances to Syria. BIS previously penalized Wassim Jawad and Infotech in 2011 for their involvement in this unlawful transfer.

"We commend the BIS for pursuing and penalizing the third parties responsible for the unlawful transfer of our products to Syria without our knowledge. We take care to ensure that our products are sold in accordance with laws that prohibit the sale of our technology for certain end uses and to certain destinations and end users. We have cooperated extensively with the U.S. government and will continue to support its ongoing investigation into the unlawful diversion of our products as required," said David Murphy, COO and president of Blue Coat Systems.

All Blue Coat sales are generated through channel

partners, and Blue Coat requires its partners to strictly adhere to all applicable export control laws and to uphold the Blue Coat Ethics Policy.

Blue Coat terminated its contractual agreement with Computerlinks FZCO Dubai in 2011 in connection with its investigation into the illegal diversion of its products to Syria. Blue Coat has not sold any products or services to Computerlinks FZCO Dubai since that time.

Blue Coat has also taken additional steps to guard against future diversions of its products by third parties and bolster its compliance program. Blue Coat has increased employee training, added new compliance personnel, upgraded its export control screening systems, revised its compliance policies, and implemented new agreements with its channel partners, both direct and indirect, that include extensive compliance commitments.

"Throughout 2013, we will continue to review our business, policies and procedures and engage with key stakeholders, including our channel partners, to determine what steps we can take to further limit the unlawful diversion and misuse of our products," Murphy said.

### About Blue Coat Systems

Blue Coat Systems provides Web security and WAN optimization solutions to 86 percent of FORTUNE Global 500 companies. As the market share leader in the secure web gateway market, Blue Coat sets the standard for

### Media Contacts

Jennifer Ruzicka
Blue Coat Systems

enterprise security.  Its solutions provide the visibility, protection and control required to optimize and secure the flow of information to any user, on any network, anywhere.  For additional information, please visit www.bluecoat.com.

jennifer.ruzicka@bluecoat.com

408-541-3330

# # #

Blue Coat, ProxySG and the Blue Coat logo are registered trademarks or trademarks of Blue Coat Systems, Inc. and/or its affiliates in the United States and certain other countries. All other trademarks mentioned in this document are the property of their respective owners.

**PRODUCTS**

ProxySG

MACH5

PacketShaper

CacheFlow

Web Security Module

**SECURITY LAB**

Security Blog

WebPulse

Malnet Dashboard

**COMPANY**

Management

News & Events

Customers

Careers

Analysts

**CONTACT**

Phone & Address

Products & Sales

Partner Support

Customer Support

Website Feedback

Twitter

Search

English

Copyright © 2013, Blue Coat Systems, Inc.
All Rights Reserved.

Log In   Privacy   Supply Chain   EU Privacy   JA Privacy

# Exhibit 3

# Exhibit 3

**Blue Coat**

## GET THE WORLD'S LEADING PROXY APPLIANCE

Blue Coat Full Proxy Edition of the ProxySG appliance family is part of Blue Coat's web security solutions that provides complete web security and WAN optimization for your business. ProxySG delivers a scalable proxy platform architecture to secure web communications and accelerate the delivery of business applications. ProxySG enables flexible, granular, policy controls over content, users, applications, web applications, and protocols. It's the product of choice for over 86% of the FORTUNE® Global 500.

## FEATURES

### Complete Protection and Control

ProxySG provides comprehensive protection and control over web traffic. It enables the following functions: Strong user authentication, web filtering, deep inspection of content for data loss or threats, security checks to the WebPulse™ collaborative defense, inspection and validation of SSL traffic, content caching and traffic optimization, bandwidth management, streaming media splitting and caching, method level controls per protocol. It also has the ability to filter, strip or replace web content. Its new Web Application Policy Engine provides granular visibility and control over web applications. ProxySG is the ultimate foundation for a Secure Web Gateway with its content controls and policy flexibility. It can also provide the unique ability to deliver web security and acceleration in one solution to a branch office. This all enables branch users to have access directly to the internet, with the same security coverage as those users in the main office.

### Layered Defenses Security Framework

ProxySG with WebPulse, the collaborative cloud defense uniting over 75M users for web awareness and response to web content and threats, creates a hybrid design providing the best of on-premise controls with the collective intelligence of cloud service. ProxySG deployed with Blue Coat WebFilter automatically includes WebPulse and Blue Coat ProxyClient for remote user protection, filtering and acceleration. ProxySG with ProxyAV enables the highest performing inline threat analysis, including SSL, with a choice of leading anti-malware engines. And data loss prevention integration is securely enabled with S-ICAP or standard ICAP on ProxySG with certified DLP partners.

### Unmatched Performance and Reliability

ProxySG innovations in new hardware platforms with multiple cores and the SGOS operating system with multi-threading provide 1Gbps throughput for high availability deployments and scale 5X beyond the previous generation. SGOS is a micro kernel built for web object processing, secure and small in design, it rarely needs attention or patches, and it runs year after year at performance levels beyond the competition. Health checks and monitoring provide administrator awareness, plus Director enables centralized device, license and policy management of ProxySG web gateways.

### Scalability and Lower TCO

The Blue Coat security framework scales in many ways resulting in lower TCO for customers. The performance innovations require less hardware, rack space and power than alternative solutions. New defenses can be seamlessly added to the WebPulse cloud to scale the depth of protection. Expanding groups of remote users can accelerate their office communications with ProxyClient and be protected by WebPulse. Available reporting scales for visibility of all web gateway and remote users with custom dashboards and reports on a single server with an included optimized database for up to 20 billion log lines.



*Blue Coat provides a layered defense against Web 2.0 threats leveraging WebPulse cloud intelligence from over 75M users to protect the web gateway and remote users. ProxySG provides unmatched policy flexibility, performance and reliability to secure networks and accelerate content.*

ProxySG 900/9000

## Deploy ProxySG, WebFilter and ProxyAV together to enable:

-> Web 2.0 threat protection

-> Real-time web content ratings

-> On-demand cloud intelligence

-> Web 2.0 mashed up content filtering

-> Inline threat analysis (six AV choices)

-> Social networking threat protection

-> True file type checks

-> Compressed archive analysis

-> File and attachment filtering

-> Hardware-based SSL performance

-> Data loss prevention integration

-> Proxy avoidance blocking

-> Web application and operation controls

-> Protocol method controls

-> Bandwidth management

-> Media stream splitting and caching

-> Acceleration and optimization

-> Transparent or Explicit deployment

-> Full IPv6 implementation

-> IPv4 to IPv6 migration

-> IPv6 advanced policy management

| ProxySG 900 Series | SG900-10B | SG900-20 | SG900-30 | SG900-45 | SG900-55 |
|---|---|---|---|---|---|
| **License Capacity** | | | | | |
| Employee Count | 3500 | 6000 | Unlimited | Unlimited | Unlimited |
| **System** | | | | | |
| Disk drives | 2x1TB SAS | 2x1TB SAS | 3x1TB SAS | 4x1TB SAS | 4x2TB SAS |
| RAM | 8GB RAM | 8GB RAM | 12GB RAM | 16GB RAM | 32GB RAM |
| Onboard Ports | (2) integrated 1000Base-T ports with bypass, (2) integrated 1000Base-T ports (no bypass), onboard SSL | | | | |
| Optional NICs | 4x1000Base-T (Copper) 4x1000Base-F (Fiber-SX) | | | | |
| Power Supplies | 1* | 1* | 2 | 2 | 2 |

| Physical Properties | |
|---|---|
| **Dimensions and Weight** | |
| Enclosure | 19" Rack-mountable |
| Dimensions (L x W x H) | 43.3cm x 59.5cm x 4.3cm (17.0in x 23.4in x 1.69in) (chassis only) 48.4cm x 62.3cm x 4.3cm (19.1in x 24.5in x 1.69in) (chassis plus extensions) |
| Weight (maximum) | Approx. 18kg (39.7 lbs) |
| **Operating Environment** | |
| Power | Redundancy available (hot swappable), AC power 100-240V, 50-60Hz, 6.0-3.0A |
| Maximum Power | 400 Watts |
| Thermal Rating | 1365 BTU/Hr max |
| Temperature | 5°C to 40°C (41°F to 104°F) at sea level |
| Humidity | 20 to 80% relative humidity, non-condensing |
| Altitude | Up to 3048m (10,000ft) |

| ProxySG 9000 Series | SG9000-20B | SG9000-30 | SG9000-40 |
|---|---|---|---|
| **License Capacity** | | | |
| Employee Count | Unlimited | Unlimited | Unlimited |
| **System** | | | |
| Disk drives | 8x1TB SAS | 10x1TB SAS | 15x1TB SAS |
| RAM | 24GB RAM | 40GB RAM | 64GB RAM |
| Onboard Ports | 4 x 1000 Base-T: 1xMgmt, 1xAux, 1 bridged pair (WAN and LAN), SSL card | | |
| Open Slots | 3xPCI-E | 3xPCI-E | 2xPCI-E |
| Optional NICs | 4-port 1000 Base-T copper (2 bridges), 4-port 1000 Base-F Fiber (2 bridges) 2-port 10G Base-CX4 copper (1 bridge), 2-port 10G Base-SR Fiber (1 bridge)** | | |

| Physical Properties | |
|---|---|
| **Dimensions and Weight** | |
| Enclosure | 19" Rack-mountable |
| Dimensions (L x W x H) | 66.7cm x 42.7cm x 17.2cm (26.3in x 16.8in x 6.77in) (chassis only) 72.7cm x 48.0cm x 17.2cm (28.6in x 18.9in x 6.77in) (chassis plus extensions) |
| Weight (maximum) | Approx. 40kg (90 lbs.) |
| **Operating Environment** | |
| Power | AC power 100-240V, 50-60Hz, 9.0-4.5A |
| Maximum Power | 750 Watts |
| Thermal Rating | 3300 BTU/Hr max |
| Temperature | 5°C to 40°C (41°F to 104°F) at sea level |
| Humidity | Operating: 20% to 80% relative humidity, non-condensing; Storage: 10% to 90% relative humidity, non-condensing |
| Altitude | Operating: Up to 3048 M (10,000 ft), Storage: Up to 12192 M (40,000 ft) |

| FOR ALL PROXYSG 900 AND 9000 SERIES | |
|---|---|
| **Regulations** | |
| Safety | IEC60950 (CB Scheme), UL60950 (USA), CSA C22.2 No.60950 (Canada), EN60950 (CE/Europe), CNS14336 (Taiwan), GB4943 (China), MEK60950 (Russia), NOM-019 (Mexico), AS/NZS 60950-1 (Australia/New Zealand) |
| Electromagnetic Compliance (EMC) | CISPR22/CISPR24 (International), EN55022/EN55024 (CE/Europe), FCC part 15 (USA), ICES-003 (Canada), VCCI V-3 (Japan), AS/ZNS-CISPR22 (Australia/New Zealand), CNS13438 (BSMI), 51318.22/51318.24 (Russia), GB9254/GB17625 (China), EM:KN22/IM:KN24 (Korea). Tested to Class A Emissions for all standards. |
| Environmental | RoHS-Directive 2011/65/EU, REACH-Regulation No 1907/2006 |
| Product Warranty | Limited, non-transferable hardware warranty for a period of one (1) year from date of shipment. BlueTouch Support contracts available for 24/7 software support with options for hardware support. |
| Gov't Certifications | For further government certification information please contact Federal_Certifications@bluecoat.com |
| More Info | Contact regulatoryinfo@bluecoat.com for specific regulatory compliance certification questions and support |

*redundant power optional
** 2-port 10G Base-SR Fiber card requires SGOS 6.2 and above

---

Blue Coat Systems, Inc.
www.bluecoat.com

**Corporate Headquarters**
Sunnyvale, CA  USA // +1.408.220.2200

**EMEA Headquarters**
Hampshire,  UK // +44.1252.554600

**APAC Headquarters**
Singapore // +65 6826 7000

Copyright© 2013 Blue Coat Systems, Inc. All rights reserved worldwide. No part of this document may be reproduced by any means nor translated to any electronic medium without the written consent of Blue Coat Systems, Inc. Specifications are subject to change without notice. Information contained in this document is believed to be accurate and reliable, however, Blue Coat Systems, Inc. assumes no responsibility for its use. Blue Coat, ProxySG, PacketShaper, CacheFlow, IntelligenceCenter and BlueTouch are registered trademarks of Blue Coat Systems, Inc. in the U.S. and worldwide. All other trademarks mentioned in this document are the property of their respective owners. v.DS-SGOS-900-9000-v8d-0113