Mark Rumold (SBN 279060)
*mark@eff.org*
Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993

*Attorney for Plaintiff*
*Electronic Frontier Foundation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE,<br><br>Defendant. | Case No. 3:12-cv-3683-TEH<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF SUMMARY JUDGMENT HEARING DATE**<br><br>Date:  May 20, 2013<br>Time:  10:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. Thelton E. Henderson |

Plaintiff Electronic Frontier Foundation and Defendant Department of Commerce respectfully submit the following Stipulated Request and Proposed Order continuing the hearing date on the parties' cross-motions for summary judgment until June 10, 2013. Good cause exists for this Stipulated Request as follows:

1. The hearing on the parties' cross-motion was scheduled for May 6, 2013. Due to illness of Defendant's counsel (ECF No. 29) and the Court's own continuance (ECF No. 32), the hearing is currently scheduled for May 20, 2013.

2. Due to a previously scheduled conflict, Plaintiff's counsel is unavailable on May 20, 2013. May 27, 2013 is a federal holiday. Neither Plaintiff's nor Defendant's counsel are available on June 3, 2013.

3. Therefore, the parties stipulate that the hearing date be continued until June 10, 2013.

4. Granting this Stipulated Request will not alter or extend any other dates or deadlines currently pending in this matter.

WHEREFORE, the parties respectfully request that the Court grant this Stipulated Request and continue the hearing date on the parties' cross-motions until June 10, 2013.

Respectfully submitted,

DATED: May 15, 2013
/s/ Mark Rumold
MARK RUMOLD
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel for Plaintiff*

DATED: May 15, 2013
MELINDA HAAG
United States Attorney
ALEX G. TSE
Chief, Civil Division
/s/ Victoria Carradero (*with permission*)
VICTORIA CARRADERO
Assistant United States Attorney
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102

*Counsel for Defendant*

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Mark Rumold, attest that I have obtained the concurrence of Victoria Carradero, Counsel for Defendant, in the filing of this document.

Executed on May 15, 2013, in San Francisco, California.

>       */s/ Mark Rumold*
>       Mark Rumold

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing date for the parties' cross-motions for summary judgment is continued until June 10, 2013.

DATED: 05/15/2013 _____

The [signature] nderson
Unite[signature] dge
Judge Thelton E. Henderson