MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:(415) 436-7181
FAX: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE,<br><br>    Defendant. | No. CV 12-3683 - TEH<br><br>**FEDERAL DEFENDANT'S OBJECTION TO PLAINTIFF'S LATE FILING (Dkt No. 31)** |

Defendant United States Department of Commerce ("Federal Defendant") hereby submits this objection to Plaintiff Electronic Frontier Foundation's late filing at Docket No. 31.

Submitted under a defective pleading of purported "additional authorities," Plaintiff belatedly filed with the Court two press releases and a product description from a website. None of these matters were previously addressed by Plaintiff and the time for doing so long passed. *See* Dkt Nos. 1, 22.

Pursuant to Civil Local Rule 7-3(d) governing supplementary material, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval. Between the two parties, Plaintiff had the last word on briefing and submitted its reply on April 11, 2013. Dkt No. 24, 27. As Plaintiff did not seek prior Court approval, its belated submission must fall within the two narrow exceptions, but neither apply here. (7-3(d)(1) provides for submissions of objections to new evidence submitted on reply; 7-3(d)(2) provides for submission of a "Statement of Recent Decision" containing a "relevant judicial opinion" published after the filing of the opposition or reply). Civ. L. Rule, 703(d)(1)-(2).

In addition to circumventing the local rules with its belated filing and failing to seek leave of Court, Plaintiff has not offered any explanation for either the relevance of, or its reliance on, the belated filing to the matters currently pending before the Court on summary judgment, further prejudicing Federal Defendant.

Accordingly, Federal Defendant objects to Plaintiff's belated submission and requests that it be stricken from the record.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: June 3, 2013            _____/s/_____
                               VICTORIA R. CARRADERO
                               Assistant United States Attorney
                               Attorneys for Federal Defendant