IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,           No. CV 12-03683 TEH

      Plaintiff,

  v.                                        **JUDGMENT IN A CIVIL CASE**

DEPARTMENT OF COMMERCE,

      Defendant.
_____/

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that EFF's motion for summary judgment is hereby GRANTED IN PART and DENIED IN PART and Commerce's motion for summary judgment likewise is GRANTED IN PART and DENIED IN PART.

Dated: 07/22/2013                          Richard W. Wieking, Clerk

                                                By: Tana Ingle
                                                Deputy Clerk