**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 24, 2013

Clerk
U.S. Court of Appeals
  For the Ninth Circuit
95 7th Street
P.O. Box 193939
San Francisco, CA 94103-3939

**CASE NUMBER: C-12-3683-TEH**

**CASE TITLE: ELECTRONIC FRONTIER FOUNDATION -v- DEPARTMENT OF COMMERCE**

**USCA Case Number:** _____

Dear Sir/Madam:

    Enclosed is the **NOTICE OF APPEAL** in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

        Sincerely,

        RICHARD W. WIEKING, Clerk


        by: Thelma Nudo
           Deputy Clerk


cc:  Counsel of Record