MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   FAX: (415) 436-6748
   Email: victoria.carradero@usdoj.gov

*Attorneys for Federal Defendant*
*United States Department of Commerce*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF COMMERCE, <br><br> Defendant. | Case No. 3:12-cv-3683-TEH <br><br> **FEDERAL DEFENDANT'S NOTICE OF APPEAL** <br><br> Judge: Hon. Thelton E. Henderson <br>        Courtroom 12, 19th Floor |

Notice is hereby given that Defendant Department of Commerce ("Commerce") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the district court issued and entered on July 12, 2013, Docket No. 39, and the judgment entered on July 22, 2013 at Docket No. 40.

Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement is attached hereto as **Exhibit A.**

Respectfully submitted,

DATED: July 22, 2013

MELINDA HAAG
United States Attorney

/s/ Victoria Carradero
Victoria Carradero
Assistant U.S. Attorney
*Attorneys for Federal Defendant*
*United States Department of Commerce*

# Exhibit A

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

ELECTRONIC FRONTIER FOUNDATION, ) No. _____
)
      Plaintiff/Appellee )
) D.C. NO. C-12-3683 TEH
      v. ) (N.D. Cal. San Francisco)
)
DEPARTMENT OF COMMERCE, ) Judge: Hon. Thelton E. Henderson
)
      Defendant/Appellant )

## REPRESENTATION STATEMENT

The undersigned counsel represents the United States Department of Commerce in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate (Fed. R. App. P. 12(b); Circuit Rule 3-2(b)).

Respectfully submitted,
MELINDA HAAG
United States Attorney

Dated: July 22, 2013

VICTORIA R. CARRADERO
Assistant United States Attorney

## Service List

**Electronic Frontier Foundation**
**Plaintiff – Represented by:**

Mark Thomas Rumold
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415-436-9333
Fax: 415-436-9993
Email:Mark@eff.org

Jennifer Ann Lynch
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415-436-9333
Fax: 415-436-9993
Email:Jlynch@eff.org

1

| | |
|---|---|
| 1 | |
| 2 | **Department of Commerce** |
|   | **Defendant – Represented by:** |
| 3 | |
| 4 | Melinda Haag |
|   | United States Attorney's Office |
| 5 | Northern District Of California |
|   | 450 Golden Gate Avenue |
| 6 | P.O. Box 36055 |
|   | San Francisco, CA 94102 |
| 7 | Telephone: 415-436-7200 |
|   | Fax: 415-436-6748 |
| 8 | |
| 9 | Alex Tse |
|   | United States Attorney's Office |
| 10 | Northern District Of California |
|   | 450 Golden Gate Avenue |
| 11 | P.O. Box 36055 |
|   | San Francisco, CA 94102 |
| 12 | Telephone: 415-436-7200 |
|   | Fax: 415-436-6748 |
| 13 | |
| 14 | Victoria R. Carradero |
|   | United States Attorney's Office |
| 15 | Northern District Of California |
|   | 450 Golden Gate Avenue |
| 16 | P.O. Box 36055 |
|   | San Francisco, CA 94102 |
| 17 | Telephone: 415-436-7181 |
|   | Fax: 415-436-6748 |
| 18 | Email:Victoria.Carradero@usdoj.gov |